# EXHIBIT C

## CERTIFICATE OF ENTRY

We hereby certify that on the July 22, 2008, we were present and saw __Paul Fortey__

_____, attorney-in-fact and agent for U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8 (see Power of Attorney to be recorded herewith.)

the present holder of a certain mortgage given by **Melissa Juarez**

to **New Century Mortgage Corporation**, Its successors and assigns as their interest may appear

dated August 5, 2005, and recorded with the **Suffolk County** Registry of Deeds at Book 37743, Page 296, make an open, peaceable and unopposed entry on the premises 68 1/2 Chickatawbut Street in Dorchester (Boston), Massachusetts, described in said mortgage, for the purpose, by him/her declared, of foreclosing said mortgage for breach of conditions thereof.

**Attested hereto**
_Francis M. Roache_
Franc M. Roache
Register of Deeds

__Darlene Messina__, Witness
Darlene Messina

_____, Witness
Chris Kearney

### THE COMMONWEALTH OF MASSACHUSETTS

Suffolk , ss.                                                                 July 22, 2008

Bk: 44186 Pg: 125   Doc: EOP
Page: 1 of 1   10/29/2008 11:15 AM

Then personally appeared the above named

and

and made oath that the above certificate by them subscribed is true, before me

_____, Notary Public

My Commission expires:

JAMES LONDON ROGAL
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 8, 2011

**ABLITT LAW OFFICE PC**
**304 CAMBRIDGE ROAD**
**WOBURN, MA 01801-6012**