# EXHIBIT

# D

Bk: 44186 Pg: 126    Doc: FDD
Page: 1 of 4    10/29/2008 11:15 AM
2008 00103786

**MASSACHUSETTS FORECLOSURE DEED BY CORPORATION**

**U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** a corporation duly established under the laws of the United States and having its usual place of business at 3815 South West, Temple, Salt Lake City, UT 84115, current holder of a mortgage from Melissa Juarez to New Century Mortgage Corporation, dated August 5, 2005, and recorded with the Suffolk County Registry of Deeds at Book 37743, Page 296, by the power conferred by said mortgage and every other power, for **Three Hundred Twenty Five Thousand Eight Hundred Sixty Nine Dollars and 45/100 ($325,869.45)** paid, grants to **U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** the premises conveyed by said mortgage subject to all outstanding tax titles, municipal, or other public taxes, assessments or liens, if any. The transfer of the within named real estate does not constitute all or substantially all of the assets of the grantor in Massachusetts.

**WITNESS** the execution and the corporate seal of said corporation this _22_ day of _OCTOBER_, 2008.



U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8
By it Attorney-in-Fact
Select Portfolio Servicing, Inc.

By: _____
Dennis Cook, REO Vice President

**State of** _UTAH_

County _SALT LAKE_, ss                    _OCTOBER 22_, 2008

On _October 22, 2008_ before me, _JULEE METTERS_, personally appeared _Dennis Cook, REO Vice President_ who proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and subscribed and sworn to the above and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _UTAH_, that the foregoing paragraph is true and correct.

Witness my hand and official seal.

_____
Notary Public

NOTARY PUBLIC
JULEE METTERS
6960 So. Wahlquist Lane
Murray, Utah 84123
My Commission Expires
April 15, 2012
STATE OF UTAH

Notary Public Seal

**Attested hereto**
_____
Francis M. Roache
Register of Deeds

MASSACHUSETTS EXCISE TAX
Suffolk County Register of Deeds
Date: 10/29/2008 11:15 AM
Ctrl# 085 Doc# 00103786
Fee: $1,486.56 Cons: $325,869.45

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefore, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section.

61.0956 / Juarez

**ABLITT LAW OFFICE PC**
**304 CAMBRIDGE ROAD**
**WOBURN, MA 01801-6012**

Property Address: 68 1/2 Chickatawbut Street, Dorchester (Boston), MA 02122

**EXHIBIT "A"**



## AFFIDAVIT

I, _____ Dennis Cook, REO Vice President Vice President of Select Portfolio Servicing, Inc. as Attorney-in-fact for **U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** with an address of 3815 South West Temple, Salt Lake City, UT 84115, make under oath and say that the principal and interest obligation mentioned in the mortgage referenced in the Foreclosure Deed recorded herewith were not paid or tendered or performed when due or prior to the sale, and that U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, caused to be published for three consecutive weeks commencing on July 1, 2008 in the Boston Globe, a newspaper published or by its title page purporting to be published in Boston, MA, and having a general circulation in Dorchester (Boston) MA, a notice of which the following is a true copy, (See attached Exhibit A)

I also complied with Chapter 244, Section 14 of the Massachusetts General Laws, as amended, by mailing the required notices certified mail, return receipt requested.

Pursuant to said notice at the time and place therein appointed, **July 22, 2008, at 09:00 AM,** upon the mortgaged premises, at which time and place, upon the mortgaged premises, **U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** sold the mortgaged premises at public auction by James Mahoney, a duly licensed auctioneer, of Liberty Auctions to **U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** for **Three Hundred Twenty Five Thousand Eight Hundred Sixty Nine Dollars and 45/100 ($325,869.45)** bid by **U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8,** being the highest bid made therefore at said auction.

> U.S. Bank National Association, as trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8
> By its Attorney-in-Fact
> Select Portfolio Servicing, Inc.
>
> By:_____
>       Vice President
>
> Dennis Cook, REO Vice President

**State of** _UTAH_

County _SALT LAKE,_ ss                                                          _OCTOBER 22_, 2008

On _OCTOBER 22, 2008_ before me, _JULEE METTERS_____, personally appeared _Dennis Cook, REO Vice President_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose names(s) is/are subscribed to the within instrument and subscribed and sworn to the above and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of _UTAH_____,

that the foregoing paragraph is true and correct.

Witness my hand and official seal.



Notary Public

Notary Public Seal

NOTARY PUBLIC
JULEE METTERS
5980 So. Wahlquist Lane
Murray, Utah 84123
My Commission Expires
April 15, 2012
STATE OF UTAH

