# EXHIBIT

# E

## CORPORATE ASSIGNMENT OF MORTGAGE

Suffolk, Massachusetts   SELLER'S SERVICING #: 0008491367   "JUAREZ"
INVESTOR #:
MERS #: 000000000000000000

Date of Assignment: June 13, 2007
Assignor: NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8 at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115

Executed By: MELISSA JUAREZ To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 08/05/2005 Recorded: 08/05/2005 in Book/Reel/Liber: 37743 Page/Folio: 296 In Suffolk, Massachusetts

Property Address: 68 1/2 CHICATAWBUT RD, BOSTON, MA 02122

68 1/2 CHICATAWBUT RD
BOSTON, MA 02122

The undersigned, affirms that to the best of his/her knowledge, that no mortgage broker or mortgage loan originator was involved in the mortgage.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $280,800.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC.
On _____ OCT 1 6 2008

By: ᵀᴮ
Bill Koch, Document Control Officer

2008 00103781
Bk: 44186 Pg: 118   Doc: AST
Page: 1 of 2   10/29/2008 11:15 AM

*JJJ*JJJAMRC*10/13/2008 02:47:11 PM* AMRC83AMRC000000000000000330395* MASUFFO* 0008491367 MASTATE_MORT_ASSIGN_ASSN *ACK*ACKAMRC*

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.
When Recorded Return To:
BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

Attested hereto
Francis M. Roache
Francis M. Roache
Register of Deeds

**ABLITT LAW OFFICE PC**
**304 CAMBRIDGE ROAD**
**WOBURN, MA 01801-6012**

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Utah
COUNTY OF Salt Lake

On OCT 1 6 2008 , before me, KIMBERLY CLARK, a Notary Public in and for Salt Lake in the State of Utah, personally appeared Bill Koch, Document Control Officer, NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

KIMBERLY CLARK
Notary Expires: 12/11/2011

(This area for notarial seal)



NOTARY PUBLIC
KIMBERLY CLARK
3815 South 92 West
Salt Lake City, Utah 84115
My Commission Expires
December 11, 2011
STATE OF UTAH