# EXHIBIT F

Bk: 44203 Pg: 189 Doc: DED
Page: 1 of 2 10/31/2008 03:52 PM

## QUIT CLAIM DEED BY CORPORATION

U.S. Bank National Association, as Trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, having a mailing address of 3815 South West Temple, Salt Lake City, UT 84115, the full consideration paid in the amount of ~~ONE HUNDRED NINETY-EIGHT~~ TWO HUNDRED TEN THOUSAND DOLLARS AND 00 CENTS ($210,000.00)

grants to Christopher Fencer, ~~Individually~~ and Jacqueline M. DeVoe, the land with buildings thereon situated in Dorchester Massachusetts and commonly known as 68 ½ Chickatawbut Street

Property Address: 68 ½ Chickatawbut Street, Dorchester, MA 02122

SAID PROPERTY BEING MORE PARTICULARLY IN EXHIBIT "A" ATTACHED HERETO AND INCORPORATED BY REFERENCE

Attested hereto
Francis M. Roache
Register of Deeds

with QUIT CLAIM COVENANTS

The transfer of the within real estate does not constitute all or substantially all of the assets of the grantor

BEING the same premises conveyed to the grantor by foreclosure deed recorded in the Suffolk Registry of Deeds in Book 44186 Page 126

WITNESS the execution and the corporate seal of said corporation this 27 day of October 2008



U.S. Bank National Association, as Trustee, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, by its Attorney in Fact Select Portfolio Servicing, Inc.

By: _____
CHERYL E. KRUEGER, DOC. CONTROL OFFICER, Vice President

STATE OF Utah
County of Salt Lake

MASSACHUSETTS EXCISE TAX
Suffolk County District ROD # 001
Date: 10/31/2008 03:52 PM
Ctrl# 089059 16312 Doc# 00105168
Fee: $957.60 Cons: $210,000.00

On October 27, 2008 before me, Julee Metters, personally appeared CHERYL E. KRUEGER, DOC. CONTROL OFFICER personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
NOTARY PUBLIC SIGNATURE

NOTARY PUBLIC
JULEE METTERS
5960 So. Wahlquist Lane
Murray, Utah 84123
My Commission Expires
April 15, 2012
STATE OF UTAH

CHAPTER 183 SEC. 6 AS AMENDED BY CHAPTER 497 OF 1969

Every deed presented for record shall contain or have endorsed upon it the full name, residence and post office address of the grantee and a recital of the amount of the full consideration thereof in dollars or the nature of the other consideration therefor, if not delivered for a specific monetary sum. The full consideration shall mean the total price for the conveyance without deduction for any liens or encumbrances assumed by the grantee or remaining thereon. All such endorsements and recitals shall be recorded as part of the deed. Failure to comply with this section shall not affect the validity of any deed. No register of deeds shall accept a deed for recording unless it is in compliance with the requirements of this section

Return to: Jacqueline DeVoe
68 ½ Chickatawbut St.
Dorchester, MA 02122

Exhibit A

A certain parcel of land with the buildings thereon situated in the rear of 66 and 68 Chickatawbut Street in that part of Boston called Dorchester, being shown as Lot No.2 on a plan of Arthur W. Hunt, Surveyor, dated October 11, 1919, bounded and described as follows:

Beginning at a point 77.27 feet from Chickatawbut Street, being the Northwesterly corner of said Lot 2 and thence running Easterly 70 feet; thence turning and running about Southerly 3 feet; thence turning and running westerly about 70 feet thence turning and running about Northerly 53 feet to the point of beginning.

Being the same premises conveyed to the herein named mortgagor (s) by deed recorded with Suffolk County Registry of Deeds herewith.