# EXHIBIT G



November 23, 2010

Ms. Melissa A. Juarez
2 Hancock Street, Suite 215
Quincy, MA 02171

Re: SPS Loan Number 0008491367
68 ½ Chickatawbut Street, Dorchester, MA 02122

Dear Ms. Juarez:

Select Portfolio Servicing, Inc. ("SPS") has received your October 20, 2010 letter. Your letter raises several issues surrounding the foreclosure of the property located at 68 ½ Chickatawbut Street, Dorchester, Massachusetts 02122. SPS has reviewed your letter and responds below.

Your letter alleges violations under the Massachusetts Consumer Protection Act, which you claim invalidates the 2008 foreclosure sale of the subject property. Your letter requests that SPS rescind the foreclosure sale because of the alleged violations. As is explained below, SPS is unable to comply with your request.

A foreclosure sale was held on the subject property on July 22, 2008. The property was sold to a third party on November 1, 2008. Neither SPS nor the prior noteholder hold any interest in the property. As such, we are unable to comply with your request to rescind the foreclosure sale and invalidate the subsequent third party home purchase.

If you have any questions or require further information, please do not hesitate to contact me at (801) 293-3878 or by mail at 3815 South West Temple, Salt Lake City, Utah 84115.

Sincerely,

Michael Kruger
Compliance Department
Select Portfolio Servicing, Inc.

## CORPORATE ASSIGNMENT OF MORTGAGE

Suffolk, Massachusetts  SELLER'S SERVICING #: 0008491367  "JUAREZ"
INVESTOR #:
MERS #: 0000000000000000000

Date of Assignment: June 13, 2007
Assignor: NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC. at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115
Assignee: U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES NC 2005-HE8, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES NC 2005-HE8 at 3815 SW TEMPLE, SALT LAKE CITY, UT 84115

Executed By: MELISSA JUAREZ To: NEW CENTURY MORTGAGE CORPORATION
Date of Mortgage: 08/05/2005 Recorded: 08/05/2005 in Book/Reel/Liber: 37743 Page/Folio: 296 In Suffolk, Massachusetts

Property Address: 68 1/2 CHICATAWBUT RD, BOSTON, MA 02122

The undersigned, affirms that to the best of his/her knowledge, that no mortgage broker or mortgage loan originator was involved in the mortgage.

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $280,800.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

NEW CENTURY MORTGAGE CORPORATION BY ITS ATTORNEY-IN-FACT SELECT PORTFOLIO SERVICING, INC.
On _____ OCT 1 6 2008

By: _____
Bill Koch, Document Control Officer

Bk: 44186 Pg: 118  Doc: ASY
Page: 1 of 2  10/29/2008 11:15 AM

Recording Requested By:
SELECT PORTFOLIO SERVICING, INC.
When Recorded Return To:
BILL KOCH
SELECT PORTFOLIO SERVICING, INC.
3815 SW TEMPLE
SALT LAKE CITY, UT 84115

Attested hereto
Francis M. Roache
Register of Deeds

ABLITT LAW OFFICE PC
304 CAMBRIDGE ROAD
WOBURN, MA 01801-6012